1   MORGAN, LEWIS & BOCKIUS LLP
    Paul A. Zevnik, State Bar No. 75343
2   Benjamin A. Smith, State Bar No. 197551
    One Market, Spear Street Tower
3   San Francisco, CA  94105-1126
    Telephone:     415.442.1000
4   Facsimile:     415.442.1001

5   MORGAN, LEWIS & BOCKIUS LLP
    Daniel E. Chefitz, DC Bar. No. 481420 (*pro hac vice*)
6   Janice L. Kopec, DC Bar No. 976520 (*pro hac vice*)
    1111 Pennsylvania Avenue, NW
7   Washington, DC 20004
    Telephone:     202.739.3000
8   Facsimile:     202.739.3001

9   BRIGGS AND MORGAN, P.A.
    Charles B. Rogers, MN Bar No. 130588 (*pro hac vice pending*)
10  Dennis Reis, MN Bar No. 0388734 (*pro hac vice pending*)
    2200 IDS Center
11  80 South Eighth Street
    Minneapolis, MN  55402-2157
12  Telephone:     612.977.8400
    Facsimile:     612.977.8650

13
    Attorneys for Defendant,
14  PepsiAmericas, Inc.

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

18  EMPLOYERS INSURANCE COMPANY OF          NO. CV 09-03419 (CRB)
    WAUSAU,

19                              Plaintiff,

20                 v.                                **STIPULATION FOR
                                                     EXTENSION OF TIME TO FILE
21  PEPSIAMERICAS, INC.; TRAVELERS                   RESPONSE TO COMPLAINT
    INDEMNITY COMPANY; CONTINENTAL                   [L.R. 6-1]**
22  INSURANCE COMPANY; ARGONAUT
    INSURANCE COMPANY;
23  NORTHWESTERN NATIONAL
    INSURANCE COMPANY OF MILWAUKEE,
24  WISCONSIN; NATIONAL UNION FIRE
    INSURANCE COMPANY OF PITTSBURGH,
25  PA; CENTURY INDEMNITY COMPANY;
    ALLSTATE INSURANCE COMPANY; ONE
26  BEACON INSURANCE GROUP; and DOES 1
    through 50, inclusive,
27
                              Defendants.
28

**STIPULATION FOR EXTENSION TO FILE
RESPONSE TO COMPLAINT
CV 09-03419 (CRB)**

1    Pursuant to Local Rule 6-1, Plaintiff Employers Insurance Company of Wausau

2  ("Wausau") and Defendants PepsiAmericas, Inc. hereby stipulate and agree that the deadline

3  for Defendants PepsiAmericas, Inc., National Union Fire Insurance Company of Pittsburgh,

4  PA, Travelers Indemnity Company, Continental Insurance Company, Northwestern National

5  Insurance Company, and Argonaut Insurance Company to file and serve their respective

   responses to Wausau's Complaint shall be September 8, 2009.

6

7  **IT IS SO AGREED AND STIPULATED**.

8

9  Dated:  August 5, 2009

10                                              MORGAN, LEWIS & BOCKIUS LLP

11                                              _/s/ Benjamin A. Smith_____

12                                              One Market, Spear Street Tower
                                                San Francisco, CA  94105-1126

13
                                                *Attorneys for PepsiAmericas, Inc.*

14

15  Dated:  August 5, 2009

16                                              THE BARBER LAW GROUP

17                                              _/s/ Bryan M. Barber_____

18                                              Suite 810
                                                101 California Street
19                                              San Francisco, CA 94111-5802

20                                              *Attorneys for Employers Insurance Company of*
                                                *Wausau*

21

22

23

24

25

26

27

28



IT IS SO ORDERED

Judge Charles R. Breyer

08/06/09

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2          I, Benjamin A. Smith, am the ECF User whose ID and password is being used to file this

3  STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT.   In

4  compliance with General Order 45, X.B., I hereby attest that each of the signatories identified

   above has concurred in this filing.  Executed this 5th day of August at San Francisco, California.

5

6                              _____/s/  Benjamin A. Smith_____
                                       Benjamin A. Smith
7
                               MORGAN, LEWIS & BOCKIUS LLP
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28