STEVEN M. HASKELL (SBN 123513)
BERMAN & AIWASIAN
725 South Figueroa Street, Suite 1050
Los Angeles, CA 90017
Telephone:  (213) 233-9650
Facsimile:  (213) 233-9651

Attorneys for Defendant
CENTURY INDEMNITY COMPANY
(as successor to CCI INSURANCE COMPANY,
as successor to INSURANCE COMPANY OF
NORTH AMERICA)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>Plaintiff,<br><br>vs.<br><br>PEPSIAMERICAS, INC.; TRAVELERS INDEMNITY COMPANY; CONTINENTAL INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; CENTURY INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ONE BEACON INSURANCE GROUP; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 09 3419 CRB<br><br>STIPULATION TO EXTEND THE TIME FOR CENTURY INDEMNITY COMPANY AND ONE BEACON INSURANCE GROUP TO RESPOND TO THE COMPLAINT FOR DECLARATORY RELIEF OF PLAINTIFF EMPLOYERS INSURANCE COMPANY OF WAUSAU |

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), along with OneBeacon America Insurance Company sued erroneously as OneBeacon Insurance Group ("OneBeacon"), and plaintiff Employers Insurance Company of Wausau ("Wausau") aver as follows:

WHEREAS, plaintiff Wausau filed its complaint for Declaratory Relief and Damages for Unjust Enrichment/Reimbursement of Defense Costs on June 29, 2009; and

1

STIPULATION TO EXTEND TIME FOR CENTURY AND ONE BEACON TO RESPOND TO COMPLAINT

WHEREAS, Wausau served its complaint upon Century Indemnity Company on July 16, 2009 and upon OneBeacon on July 13, 2009; and

WHEREAS, defendant PepsiAmericas, Inc. filed a Notice of Removal of Action on or about July 24, 2009, which has the effect of advancing the dates that the responses of Century and OneBeacon to the complaint of Wausau were otherwise due to be filed.

WHEREFORE, the below signed hereby stipulate and agree that Century and OneBeacon may each have until and including August 28, 2009, to file responses to plaintiff Wausau's complaint.

DATED: 8/4/09

BARBER LAW GROUP

By _____
BRYAN M. BARBER
Attorneys for Plaintiff,
EMPLOYERS INSURANCE COMPANY
OF WAUSAU

DATED: 8.5.09

BERMAN & AIWASIAN

By _____
STEVEN M. HASKELL
Attorneys for Defendant,
CENTURY INDEMNITY COMPANY
(as successor to CCI INSURANCE COMPANY,
as successor to INSURANCE COMPANY OF
NORTH AMERICA)

DATED: 8/5/09

SELMAN BREITMAN LLP

By _____
JAN L. POCATERRA
Attorneys for Defendant,
ONEBEACON AMERICA INSURANCE COMPANY

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

*Employers Insurance Company of Wausau v. PepsiAmericas, Inc., et al.*

Case No. 09 3419 CRB

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 11766 Wilshire Boulevard, Sixth Floor, Los Angeles, CA 90025. On August 5, 2009, I served the following document(s) described as STIPULATION TO EXTEND THE TIME FOR CENTURY INDEMNITY COMPANY AND ONE BEACON INSURANCE GROUP TO RESPOND TO THE COMPLAINT FOR DECLARATORY RELIEF OF PLAINTIFF EMPLOYERS INSURANCE COMPANY OF WAUSAU on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**See Attached Service List**

[X] **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to for delivery to the addressee(s).

[ ] **BY E-MAIL:** I transmitted a copy of the foregoing document(s) via e-mail to the addressee(s).

[ ] **BY FAX:** I transmitted a copy of the foregoing document(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 5, 2009, at Los Angeles, California.

JOYCE PATTERSON

439666.1  112.13570

1

Employers Insurance Company of Wausau v. PepsiAmericas, Inc., et al.
Case No. 09 3419 CRB

## SERVICE LIST

| | |
|---|---|
| Bryan M. Barber, Esq.<br>THE BARBER LAW GROUP<br>101 California Street, Suite 810<br>San Francisco, CA 94111-5802 | Attorneys for Plaintiff<br>EMPLOYERS INSURANCE COMPANY<br>OF WAUSAU |
| Paul A. Zevnik, Esq.<br>Benjamin A. Smith, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 | Attorneys for Defendant<br>PEPSIAMERICAS, INC.<br>Tel:   415-442-1000<br>Fax:   415-442-1001 |
| Daniel E. Chefitz, Esq.<br>Janice L. Kopec, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Attorneys for Defendant<br>PEPSIAMERICAS, INC.<br>Tel:   202-739-3000<br>Fax:   202-739-3001 |
| Charles B. Rogers, Esq.<br>Dennis Reis, Esq.<br>BRIGGS AND MORGAN, P.A.<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402-2157 | Attorneys for Defendant<br>PEPSIAMERICAS, INC.<br>Tel:   612-977-8400<br>Fax:   612-977-8650 |
| Steven M. Haskell, Esq.<br>BERMAN & AIWASIAN<br>725 South Figueroa Street, Suite 1050<br>Los Angeles, CA 90017 | Attorneys for Defendant<br>CENTURY INDEMNITY COMPANY (as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA)<br>Tel:   213-233-9650<br>Fax:   213-233-9651 |
| Karren Baker, Esq.<br>SINOTT, DITO, MOURA & PUEBLA P.C.<br>555 Montgomery Street, Suite 720<br>San Francisco, CA 94111 | Attorneys for<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| Michael A. Barnes, Esq.<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105 | Attorneys for<br>TRAVELERS INDEMNITY COMPANY |

439666.1  112.13570

| | |
|---|---|
| Stephen P. Randall, Esq.<br>CORTNER, McNABOE, COLLIAU &<br>ELENIUS<br>405 Howard Street, Suite 600<br>San Francisco, CA 94105 | Attorneys for<br>CONTINENTAL INSURANCE<br>COMPANY |
| Stephen D. Straus, Esq.<br>TRAUB, LIEBERMAN, STRAUS &<br>SHREWSBERRY LLP<br>Mid-Westchester Executive Park<br>Seven Skyline Drive<br>Hawthorne, NY 10532 | Attorneys for<br>NORTHWESTERN NATIONAL<br>INSURANCE COMPANY |
| H. Douglas Galt, Esq.<br>WOOLLS & PEER<br>One Wilshire Blvd., 22nd Floor<br>Los Angeles, CA 90017-3323 | Attorneys for<br>ARGONAUT INSURANCE COMPANY |

Selman Breitman LLP
ATTORNEYS AT LAW

439666.1  112.13570

3