LOUISE M. MCCABE (STATE BAR NO. 111849)
HELEN S. FORRESTER (STATE BAR NO. 168042)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300
E-mail: lmccabe@nixonpeabody.com
E-mail: hforrester@nixonpeabody.com

*Attorneys for Defendants*
*ALLSTATE INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>Plaintiff,<br><br>vs.<br><br>PEPSIAMERICAS, INC.; TRAVELERS INDEMNITY COMPANY; CONTINENTAL INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA; CENTURY INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ONE BEACON INSURANCE GROUP; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 09-03419 CRB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO COMPLAINT [L.R. 6-1]** |

Pursuant to Local Rule 6-1, Plaintiff Employers Insurance Company of Wausau ("Wausau") and Defendant Allstate Insurance Company hereby stipulate and agree that the deadline for Defendant Allstate Insurance Company to file and serve its response to Wausau's Complaint shall be September 8, 2009.

**IT IS SO AGREED AND STIPULATED.**

DATED: August 19, 2009							NIXON PEABODY LLP


									/s/ Louise M. McCabe
									Louise M. McCabe
									One Embarcadero Center, 18th Floor
									San Francisco, CA  94111-3600

									*Attorneys for Defendant*
									*Allstate Insurance Company*


DATED: August 18, 2009							THE BARBER LAWGROUP


									 /s/ Bryan M. Barber
									101 California Street, Suite 810
									San Francisco, CA  94111-5802

									*Attorneys for*
									*Employers Insurance Company of Wausau*

Signed: August 28, 2009

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR EXTENSION OF TIME TO          -2-                                               12668639.1
FILE A RESPONSE TO COMPLAINT [L.R. 6-1]