```
 1  STEVEN M. HASKELL (SBN 123513)
    BERMAN & AIWASIAN
 2  725 South Figueroa Street, Suite 1050
    Los Angeles, CA 90017
 3  Telephone:  (213) 233-9650
    Facsimile:  (213) 233-9651
 4

 5  Attorneys for Defendant
    CENTURY INDEMNITY COMPANY
 6  (as successor to CCI INSURANCE COMPANY,
    as successor to INSURANCE COMPANY OF
 7  NORTH AMERICA)
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>Plaintiff,<br><br>vs.<br><br>PEPSIAMERICAS, INC.; TRAVELERS INDEMNITY COMPANY; CONTINENTAL INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; CENTURY INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ONE BEACON INSURANCE GROUP; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 09 3419 CRB<br><br>**SECOND STIPULATION TO EXTEND THE TIME FOR CENTURY INDEMNITY COMPANY AND ONE BEACON AMERICA INSURANCE GROUP TO RESPOND TO THE COMPLAINT FOR DECLARATORY RELIEF OF PLAINTIFF EMPLOYERS INSURANCE COMPANY OF WAUSAU** |

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, ("Century") along with OneBeacon America Insurance Group, formerly known as Commercial Union Insurance Company, individually and as successor-in-interest to Employers Commercial Union Company, including Employers Liability Assurance Corporation ("OneBeacon") and plaintiff Employers Insurance Company of Wausau ("Wausau") aver as follows:

1

STIPULATION TO EXTEND TIME FOR CENTURY AND ONE BEACON TO RESPOND TO COMPLAINT

1  WHEREAS, plaintiff Wausau filed its complaint for Declaratory Relief and Damages for
2  Unjust Enrichment/Reimbursement of Defense Costs on June 29, 2009; and

3  WHEREAS, Wausau served its complaint upon Century Indemnity Company on July 16,
4  2009 and upon One Beacon on July 13, 2009; and defendant PepsiAmericas, Inc. filed a Notice
5  of Removal of Action on or about July 24, 2009, which had the effect of advancing the dates that
6  the responses of Century and OneBeacon to the complaint of Wausau were otherwise due to be
7  filed.

8  WHEREAS, on August 5, 2009, Wausau, Century and OneBeacon stipulated that
9  Century and OneBeacon may have until August 28, 2009 to respond to Wausau's complaint. As
10 for the status of other such responses, Wausau and co-defendant PepsiAmericas stipulated that
11 PepsiAmericas may have until September 8, 2009 to respond;
12

13 WHEREAS, Century and OneBeacon intend to file answers, counter and cross claims
14 for relief against other insurers, including Wausau, many of which require a waiver of conflicts
15 arising from the relationships among insurers and counsel. The parties are aware that it will
16 require additional time for the principals of these insurers to grant the waivers needed to file the
17 compulsory and permissive claims at the time that responses are filed;

18 WHEREFORE, the below signed hereby stipulate and agree that Century and OneBeacon
19 may each have until and including September 18, 2009 to respond to plaintiff Wausau's
20 complaint.

21 DATED:                                    BARBER LAW GROUP
22
23 8/19/09                                   By _____
                                                BRYAN M. BARBER
24                                           Attorneys for Plaintiff,
                                             EMPLOYERS INSURANCE COMPANY
25                                           OF WAUSAU

26
27 DATED: 8/26/09                            BERMAN & AIWASIAN
28

                                    2
STIPULATION TO EXTEND TIME FOR CENTURY AND ONE BEACON TO RESPOND TO COMPLAINT

1                                         By _____

2                                               STEVEN M. HASKELL
                                           Attorneys for Defendant,
3                                           CENTURY INDEMNITY COMPANY
                                           (as successor to CCI INSURANCE COMPANY,
4                                           as successor to INSURANCE COMPANY OF
                                           NORTH AMERICA)

5  DATED:                         SELMAN BREITMAN, LLP

7                                           By _____
8                                             JAN L. POCATERRA
                                           Attorneys for Defendant,
9                                             ONEBEACON AMERICA INSURANCE GROUP

10  IT IS SO ORDERED:

14      Signed:  August 28, 2009

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA