LOUISE M. MCCABE (STATE BAR NO. 111849)
HELEN S. FORRESTER (STATE BAR NO. 168042)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300
E-mail: lmccabe@nixonpeabody.com
E-mail: hforrester@nixonpeabody.com

*Attorneys for Defendants*
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>   Plaintiff,<br><br>vs.<br><br>PEPSIAMERICAS, INC.; TRAVELERS INDEMNITY COMPANY; CONTINENTAL INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA; CENTURY INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ONE BEACON INSURANCE GROUP; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No.: CV 09-03419 CRB<br>/ORDER<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO COMPLAINT [L.R. 6-1]** |

Pursuant to Local Rule 6-1, Plaintiff Employers Insurance Company of Wausau ("Wausau") and Defendant Allstate Insurance Company hereby stipulate and agree to further extend the deadline for Defendant Allstate Insurance Company to file and serve its response to Wausau's Complaint to September 28, 2009.

SECOND STIPULATION FOR EXTENSION OF
TIME TO FILE A RESPONSE TO COMPLAINT
[L.R. 6-1]

12695304.1

1  **IT IS SO AGREED AND STIPULATED.**

2

3

4  DATED: September 3, 2009                NIXON PEABODY LLP

5

6                                          /s/ Louise M. McCabe
                                            Louise M. McCabe
7                                           One Embarcadero Center, 18th Floor
                                            San Francisco, CA  94111-3600
8

9                                           *Attorneys for Defendant*
                                            *Allstate Insurance Company*
10

11 DATED: September 3, 2009                THE BARBER LAW GROUP

12

13                                          /s/ Valarie H. Jonas
14                                          Valarie H. Jonas
                                            101 California Street, Suite 810
15                                          San Francisco, CA  94111-5802

16                                          *Attorneys for*
                                            *Employers Insurance Company of Wausau*
17

18 

19

20

21 SIGNED BY THE COURT:

22  _____

23 DATED: September 8, 2009

24

25

26

27

28

SECOND STIPULATION FOR EXTENSION OF            -2-                        12695304.1
TIME TO FILE A RESPONSE TO COMPLAINT
[L.R. 6-1]