SINNOTT, DITO, MOURA & PUEBLA, P.C.
J. Karren Baker, #149005
555 Montgomery Street, Suite 720
San Francisco, California 94111-3910
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

EMPLOYERS INSURANCE COMPANY OF WAUSAU,

Plaintiff,

v

PEPSIAMERICAS, INC.; TRAVELERS INDEMNITY COMPANY; CONTINENTAL INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; CENTURY INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ONE BEACON INSURANCE GROUP; and DOES 1 through 50, inclusive,
,

Defendants.

CASE NO. CV 09-03419 (CRB)

ORDER

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT [Local Rule 6-1]**

Pursuant to Local Rule 6-1, Plaintiff Employers Insurance Company of Wausau ("Wausau") and Defendants PepsiAmericas, Inc., National Union Fire Insurance Company of Pittsburgh, PA, Travelers Indemnity Company, Continental Insurance Company, and

SINNOTT, DITO, MOURA & PUEBLA, P.C.
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224

SINNOTT, DITO, MOURA & PUEBLA, P.C.
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224

Northwestern National Insurance Company ("Stipulating Defendants") hereby stipulate and agree that the Defendants' response(s) to Wausau's complaint shall be filed no later than September 18, 2009.

The reason for the extension is that PepsiAmericas is indemnifying the insurers with whom it reached settlement in a prior action. Accordingly, the Stipulating Defendants are in the process of selecting and agreeing to the counsel to represent all of the indemnified insurers interests in this matter.

**IT IS SO AGREED AND STIPULATED**.

DATED: September 4, 2009

THE BARBER LAW GROUP .

By: /s/
VALARIE JONAS
Attorneys for Plaintiff Employers Insurance Company of Wausau

DATED: September 4, 2009

SINNOTT, DITO, MOURA & PUEBLA, P.C.

By: /s/
J. KARREN BAKER
Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

DATED: September 4, 2009

SONNENSCHEIN, NATH & ROSENTHAL LLP

By: /s/
MICHAEL BARNES
Attorneys for Defendant Travelers Indemnity Company

SINNOTT, DITO, MOURA & PUEBLA, P.C.
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224

DATED: September 8, 2009

COLLIAU, ELENIUS, MURPHY, CARLUCCIO, KEENER & MORROW.

By: /s/
STEPHEN P. RANDALL
Attorneys for Defendant Continental Insurance Company

DATED: September 8, 2009

TRAUB, LIEBERMAN, STRAUS & SHREWSBERRY LLP

By: /s/
STEPHEN D. STRAUS
Attorneys for Defendant Northwestern Insurance Company of Pittsburgh, Pa.

DATED: September 4, 2009

MORGAN, LEWIS & BOCKIUS.

By: /s/
JANICE KOPEC
Attorneys for Defendant PepsiAmericas, Inc.

Dated: September 9, 2009

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA