LOUISE M. MCCABE (STATE BAR NO. 111849)
HELEN S. FORRESTER (STATE BAR NO. 168042)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300
E-mail: lmccabe@nixonpeabody.com
E-mail: hforrester@nixonpeabody.com

*Attorneys for Defendants*
*ALLSTATE INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>             Plaintiff,<br><br>     vs.<br><br>PEPSIAMERICAS, INC.; TRAVELERS INDEMNITY COMPANY; CONTINENTAL INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA; CENTURY INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ONE BEACON INSURANCE GROUP; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.: CV 09-03419 CRB<br>ORDER<br>**THIRD STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO COMPLAINT [L.R. 6-1]** |

Pursuant to Local Rule 6-1, Plaintiff Employers Insurance Company of Wausau ("Wausau") and Defendant Allstate Insurance Company hereby stipulate and agree to further extend the deadline for Defendant Allstate Insurance Company to file and serve its response to Wausau's Complaint to October 6, 2009.

**IT IS SO AGREED AND STIPULATED.**

DATED: September 25, 2009

NIXON PEABODY LLP

/s/ Louise M. McCabe
Louise M. McCabe
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600

*Attorneys for Defendant
Allstate Insurance Company*

DATED: September 25, 2009

THE BARBER LAW GROUP

/s/ Valarie H. Jonas
Valarie H. Jonas
101 California Street, Suite 810
San Francisco, CA  94111-5802

*Attorneys for
Employers Insurance Company of Wausau*



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SIGNED BY THE COURT:

DATED: September 29, 2009

THIRD STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO COMPLAINT [L.R. 6-1]   -2-   12721906.1