| | |
|---|---|
| 1<br>2<br>3<br>4 | MORGAN, LEWIS & BOCKIUS LLP<br>Paul A. Zevnik, State Bar No. 75343<br>Benjamin A. Smith, State Bar No. 197551<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001 |
| 5<br>6<br>7<br>8 | MORGAN, LEWIS & BOCKIUS LLP<br>Daniel E. Chefitz, DC Bar. No. 481420 (*pro hac vice*)<br>Janice L. Kopec, DC Bar No. 976520 (*pro hac vice*)<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: 202.739.3000<br>Facsimile: 202.739.3001 |
| 9<br>10<br>11<br>12 | BRIGGS AND MORGAN, P.A.<br>Charles B. Rogers, MN Bar No. 130588 (*pro hac vice pending*)<br>Dennis Reis, MN Bar No. 0388734 (*pro hac vice pending*)<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402-2157<br>Telephone: 612.977.8400<br>Facsimile: 612.977.8650 |
| 13<br>14 | Attorneys for Defendant,<br>PepsiAmericas, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>Plaintiff,<br><br>v.<br><br>PEPSIAMERICAS, INC.; TRAVELERS INDEMNITY COMPANY; CONTINENTAL INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; CENTURY INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ONE BEACON INSURANCE GROUP; and DOES 1 through 50, inclusive,<br><br>Defendants. | NO. CV 09-03419 (CRB)<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO CROSS-COMPLAINT [L.R. 6-1]** |

Pursuant to Local Rule 6-1, Plaintiff OneBeacon America Insurance Company ("OneBeacon") and Defendant PepsiAmericas, Inc. hereby stipulate and agree that the deadline for Defendant PepsiAmericas, Inc. to file and serve its response to OneBeacon's Cross-Complaint for Declaratory Judgment and Damages for Unjust Enrichment is extended to and until twenty-eight days after the Court enters an order ruling on Defendant PepsiAmericas, Inc.'s pending Motion to Stay the Complaint or, if the Motion to Stay the Complaint is granted, to and until twenty-eight days after the Court enters an order lifting the stay.

**IT IS SO AGREED AND STIPULATED**.

Dated: October 2, 2009

                              MORGAN, LEWIS & BOCKIUS LLP

                              /s/ Benjamin A. Smith
                              One Market, Spear Street Tower
                              San Francisco, CA 94105-1126

                              *Attorneys for PepsiAmericas, Inc.*

Dated: October 2, 2009

                              SELMAN BREITMAN LLP

                              /s/ Jan L. Pocaterra
                              11766 Wilshire Boulevard, Sixth Floor
                              Los Angeles, CA 90025

                              *Attorneys for OneBeacon America Insurance Company*



STIPULATION FOR EXTENSION TO FILE RESPONSE TO CROSS- COMPLAINT
CV 09-03419 (CRB)