MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
ABBEY, WEITZENBERG, WARREN & EMERY
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050
Facsimile: (707) 542-2589

Attorneys for Defendants,
TRAVELERS INDEMNITY COMPANY;
THE CONTINENTAL INSURANCE COMPANY;
NORTHWESTERN NATIONAL INSURANCE
COMPANY OF MILWAUKEE, WISCONSIN;
and NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA as Indemnified by Whitman
Corporation, now known as PepsiAmericas, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>Plaintiff,<br><br>v.<br><br>PEPSIAMERICAS, INC.; TRAVELERS INDEMNITY COMPANY; CONTINENTAL INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; CENTURY INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ONE BEACON INSURANCE GROUP; and DOES 1 through 50, Inclusive,<br><br>Defendants. | No.: C 09-03419 CRB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO CROSS-COMPLAINT [L.R. 6-1]** |

/ / / /

/ / / /

/ / / /

- 1 -

**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile: (707) 542-2589

1. Pursuant to Local Rule 6-1, Cross-Claimant OneBeacon America Insurance Company ("OneBeacon") and Cross-Defendants Travelers Indemnity Company, The Continental Insurance Company, Northwestern National Insurance Company Of Milwaukee, Wisconsin, and National Union Fire Insurance Company Of Pittsburgh, PA, hereby stipulate and agree that the deadline for Cross-Defendants Travelers Indemnity Company, The Continental Insurance Company, Northwestern National Insurance Company Of Milwaukee, Wisconsin and National Union Fire Insurance Company Of Pittsburgh, PA to file and serve their response to OneBeacon's Cross Complaint For Declaratory Judgment And Damages For Unjust Enrichment is extended to and until twenty-eight (28) days after the Court enters an order ruling on Defendant PepsiAmericas, Inc.'s pending Motion To Stay The Complaint or, if the Motion To Stay The Complaint is granted, to and until twenty-eight (28) days after the Court enters an order lifting the stay.

**IT IS SO AGREED AND STIPULATED.**

Dated: October 8, 2009.                ABBEY, WEITZENBERG, WARREN & EMERY

                                       By: ___/s/ Mitchell B. Greenberg___
                                       Mitchell B. Greenberg,
                                       Attorneys for Defendants/Cross-Defendants
                                       Travelers Indemnity Company; The
                                       Continental Insurance Company;
                                       Northwestern National Insurance Company
                                       Of Milwaukee, Wisconsin; and National
                                       Union Fire Insurance Company Of
                                       Pittsburgh, PA

Dated: October 8, 2009.                SELMAN BREITMAN LLP

                                       By: ___/s/ Jan Pocaterra___
                                       Jan Pocaterra,
                                       Attorneys for Defendant/Cross-Claimant
DATED: 10/8/09                         OneBeacon America Insurance Company

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO CROSS-COMPLAINT [L.R. 6-1]

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Mitchell B. Greenberg, am the ECF User whose ID and Password is being used to file this STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO CROSS-COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that each of the signatories identified above has concurred in this filing. Executed this 8th day of October at Santa Rosa, California.

                                                 /s/ Mitchell B. Greenberg
                                                Mitchell B. Greenberg,

                                         ABBEY, WEITZENBERG, WARREN & EMERY

**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589