LOUISE M. MCCABE (STATE BAR NO. 111849)
HELEN S. FORRESTER (STATE BAR NO. 168042)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300
E-mail: lmccabe@nixonpeabody.com
E-mail: hforrester@nixonpeabody.com

*Attorneys for Defendant*
ALLSTATE INSURANCE COMPANY, solely as
successor-in-interest to Northbrook Excess and
Surplus Insurance Company, formerly known as
Northbrook Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>Plaintiff,<br><br>vs.<br><br>PEPSIAMERICAS, INC.; TRAVELERS INDEMNITY COMPANY; CONTINENTAL INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA; CENTURY INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ONE BEACON INSURANCE GROUP; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 09-03419 CRB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO COMPLAINT [L.R. 6-1]** |

Pursuant to Local Rule 6-1, Plaintiff OneBeacon America Insurance Company

("OneBeacon") and Defendant Allstate Insurance Company ALLSTATE INSURANCE COMPANY,

solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly

known as Northbrook Insurance Company ("Allstate") hereby stipulate and agree that the deadline for Defendant Allstate to file and serve its response to OneBeacon's Cross-Complaint for Declaratory Judgment and Damages for Unjust Enrichment is extended to and until twenty-eight days after the Court enters an order ruling on Defendant PepsiAmericas, Inc.'s pending Motion to Stay the Complaint or, if the Motion to Stay the Complaint is granted, to and until twenty-eight days after the Court enters an order lifting the stay.

**IT IS SO AGREED AND STIPULATED.**

DATED: October 8, 2009      NIXON PEABODY LLP

/s/ Louise M. McCabe
  Louise M. McCabe
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

*Attorneys for Defendant
Allstate Insurance Company, solely as
successor-in-interest to Northbrook Excess and
Surplus Insurance Company, formerly known as
Northbrook Insurance Company*

DATED: October 8, 2009      SELMAN BREITMAN LLP

/s/ Jan L. Pocaterra
  Jan L. Pocaterra
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

*Attorneys for OneBeacon America Insurance
Company*

**SIGNED BY THE COURT:**

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]

_____
**DATED**: October 08, 2009

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Louise M. McCabe, am the ECF User whose ID and Password is being used to file this STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO COMPLAINT [L.R. 6-1]. In compliance with General Order 45, X.B., I hereby attest that each of the signatories identified above has concurred in this filing. Executed this 8th day of October at San Francisco, California.

>NIXON PEABODY LLP
>
>
>/s/ Louise M. McCabe
>  Louise M. McCabe
>One Embarcadero Center, 18th Floor
>San Francisco, CA 94111-3600