Michael D. Compean, Esq., SBN 125106
**BLACK COMPEAN HALL & ELI**
A Limited Liability Partnership
700 South Flower Street, Ste. 3350
Los Angeles, CA 90017
(213) 629-9500; (213) 629-4868 FAX

Attorneys for Defendant,
Argonaut Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>       Plaintiff,<br><br>       vs.<br><br>PEPSIAMERICAS, INC.; TRAVELERS INDEMNITY COMPANY; CONTINENTAL INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; CENTURY INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ONE BEACON INSURANCE GROUP; and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No.   CV 09 3419 CRB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO CROSS-COMPLAINT [L.R. 6-1]** |

Pursuant to Local Rule 6-1, Cross-Claimant OneBeacon America Insurance Company ("OneBeacon") and Cross-Defendant Argonaut Insurance Company ("Argonaut") hereby stipulate and agree that the deadline for Argonaut to file and serve its

response to OneBeacon's Cross-Complaint for Declaratory Judgment and Damages for Unjust Enrichment is extended to and until twenty-eight (28) days after the Court enters an order ruling on Defendant PepsiAmericas, Inc.'s pending Motion to Stay the Complaint or, if the Motion to Stay the Complaint is granted, to and until twenty-eight (28) days after the Court enters an order lifting the stay.

**IT IS SO AGREED AND STIPULATED**

Dated: October 12, 2009

SELMAN BREITMAN LLP

By _____
JAN L. POCATERRA
Attorneys for Defendant/Cross-Claimant
OneBeacon America Insurance Company

DATED: October 12, 2009

BLACK COMPEAN HALL & ELI
A Limited Liability Partnership

By: _____
MICHAEL D. COMPEAN
Attorneys for Defendant/Cross-Defendant
ARGONAUT INSURANCE COMPANY

**IT IS SO ORDERED BY THE COURT**

_____

DATED: October 13, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION OF DISMISSAL