| | |
|---|---|
| 1 | Bryan M. Barber (California State Bar No. 118001) |
| | (bbarber@barberlg.com) |
| 2 | Fulton M. Smith (California State Bar No. 121071) |
| | (fsmith@barberlg.com) |
| 3 | BARBER LAW GROUP |
| | 101 California Street, Suite 810 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 273-2930 |
| 5 | Facsimile: (415) 273-2940 |
| | Attorneys for Plaintiff |
| 6 | Employers Insurance Company of Wausau |
| 7 | |
| | Paul A. Zevnik (California State Bar No. 75343) |
| 8 | Benjamin P. Smith (California State Bar No. 197551) |
| | MORGAN, LEWIS & BOCKIUS, P.A. |
| 9 | One Market, Spear Street Tower |
| | San Francisco, CA 94105 |
| 10 | Telephone: (415) 422-1000 |
| | Facsimile: (415) 422-1001 |
| 11 | Attorneys for Defendant PEPSIAMERICAS, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | Case No. 3:09-cv-03419-CRB |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL OF WAUSAU'S ENTIRE ACTION AS TO DEFENDANT PEPSIAMERICAS, INC. ONLY <u>WITH</u> PREJUDICE** |
| v. | |
| PEPSIAMERICAS, INC.; TRAVELERS INDEMNITY COMPANY; CONTINENTAL INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; CENTURY INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ONE BEACON INSURANCE GROUP; and DOES 1 through 50, inclusive, | Complaint Filed: June 29, 2009<br>Action stayed: October 19, 2009<br><br>Judge: Hon. Charles R. Breyer |
| Defendants. | |

---

**WAUSAU AND PEPSIAMERICAS' STIPULATION AND ORDER FOR DISMISSAL**
Case No. 3:09-cv-03419-CRB
DB1/64199087.1

1     IT IS HEREBY STIPULATED AND AGREED TO between Plaintiff Employers Insurance Company of Wausau ("Wausau") and Defendant PepsiAmericas, Inc. ("PepsiAmericas"), through their designated counsel, that pursuant to FRCP 41(a)(1) the captioned matter be, and is hereby dismissed as follows:

    (1)     With prejudice as to Wausau's entire action and prayers for relief against PepsiAmericas;

    (2)     Wausau and PepsiAmericas each to bear their own, respective attorneys' fees and costs.

    Separately, Wausau will dismiss without prejudice its 4th Claim for Relief and prayers based thereon contained in Wausau's action/compliant against the remaining defendants, including Continental Insurance Company, Northwestern National Insurance Company of Milwaukee, Wisconsin, National Union Fire Insurance Company of Pittsburgh, PA, Century Indemnity Company, Allstate Insurance Company and OneBeacon Insurance Group (Defendant Argonaut Insurance Company having been dismissed by the Court on October 19, 2009, with each party to bear its own attorneys' fees and costs).

Date: January 11, 2010     BARBER LAW GROUP

    /s/ Bryan M. Barber
    Bryan M. Barber
    Attorneys for Plaintiff Employers
    Insurance Company of Wausau

Date: January 11, 2010     MORGAN, LEWIS & BOCKIUS

    /s/ Benjamin P. Smith
    Benjamin P. Smith
    Attorneys for Defendant
    PepsiAmericas, Inc.

GOOD CAUSE appearing, IT IS SO ORDERED.

Date: January 12, 2010

_____
Honorable Charles R. Breyer
United States District Court

2025296

*IT IS SO ORDERED*
*Judge Charles R. Breyer*