1  JAN L. POCATERRA (SBN 134247)
   KATHERINE W. KEHR (SBN 226559)
2  SELMAN BREITMAN LLP
   11766 Wilshire Boulevard, Sixth Floor
3  Los Angeles, CA 90025
   Telephone: (310) 445-0800
4  Facsimile: (310) 473-2525

5  STEVEN T. ADAMS (SBN 130846)
   MUSICK, PEELER & GARRETT LLP
6  One Wilshire Boulevard, Suite 2000
   Los Angeles, CA 90017
7  Telephone: (213) 629-7929
   Facsimile: (213) 624-1376
8
   Attorneys for Defendant, Counter-Claimant and Cross-
9  Complainant ONEBEACON AMERICA INSURANCE
   COMPANY, formerly known as Commercial Union
10 Insurance Company, individually and as successor-in-
   interest to Employers Commercial Union Company,
11 including Employers Liability Assurance Corporation

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15

16 | EMPLOYERS INSURANCE COMPANY OF WAUSAU | CASE NO. CV 09 3419 (CRB)
17 |    Plaintiff, | STIPULATION OF DISMISSAL AS TO ALL REMAINING ACTIONS, CROSS-ACTIONS AND COUNTER-ACTIONS WITHOUT PREJUDICE AND [PROPOSED] ORDER
18 | v. |
19 | PEPSIAMERICAS, INC.; TRAVELERS INDEMNITY COMPANY; CONTINENTAL INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA.; CENTURY INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ONE BEACON INSURANCE GROUP; and DOES 1 through 50, inclusive, | Dept.: 8
                                                                                                                                                                                                                                                                                                                                                                                                                                                 Judge: Hon. Charles R. Breyer

                                                                                                                                                                                                                                                                                                                                                                                                                                                 Complaint Filed: June 29, 2009
25 |    Defendants. |
26
27 | AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS |
28

1

WHEREAS this matter commenced pursuant to removal to the Northern District of California on July 24, 2009, Case No. 09-cv-03419 CRB, from the California Superior Court for the County of Sonoma, SCV 245375.

WHEREAS Defendant, Counter-Claimant and Cross-Complainant OneBeacon America Insurance Company, formerly known as Commercial Union Insurance Company, individually and as successor-in-interest to Employers Commercial Union Company, including Employers Liability Assurance Corporation ("OneBeacon") filed its Answer and Counter-Claim for Declaratory Relief as to Equitable Contribution and Equitable Indemnity ("Northern District Counter-Claim") against Plaintiff / Counter-Defendant Employers Insurance Company of Wausau ("Wausau") on September 18, 2009;

WHEREAS OneBeacon filed its Cross-Complaint for Declaratory Judgment and Damages for Unjust Enrichment on September 18, 2009 ("Northern District Cross-Complaint") against Cross-Defendants PepsiAmericas, Inc., Travelers Indemnity Company ("Travelers"), Continental Insurance Company ("Continental"), Argonaut Insurance Company ("Argonaut")[1], Northwestern National Insurance Company of Milwaukee, Wisconsin ("Northwestern"), National Union Fire Insurance Company of Pittsburg, PA ("National Union"), Century Indemnity Company ("Century") and Allstate Insurance Company ("Allstate");

WHEREAS Century filed its Answer and Counterclaim to Wausau's Complaint on September 18, 2009, and its Answer and Counterclaim to OneBeacon's Counterclaim on October 8, 2009;

WHEREAS certain claims have been dismissed in this action and certain claims remain pending.

WHEREAS on April 14, 2010 Pepsi-Cola Metropolitan Bottling Company, Inc., successor-in-interest to Counter-Defendant PepsiAmericas, Inc. ("Pepsi") filed an insurance coverage lawsuit in the United States District Court for the Central District of

---

[1] Cross-defendant Argonaut Insurance Company has already been dismissed from this Cross-complaint by OneBeacon.

California, Case No. CV 10 2696 SVW (MANx) ("Central District Action") against OneBeacon and Century, encompassing claims substantially similar to those claims now pending at issue in the instant Northern District action, and including additional claims;

WHEREAS OneBeacon has filed responsive pleadings, counter-claims and cross-claims in the Central District Action that are substantially similar to the pleadings filed in the instant Northern District action, encompassing similar and additional insurance coverage issues as are presently pending in the instant Northern District action; and

WHEREAS since the issues in the Central District Action include claims that are not pled in the instant action, and encompass all pending allegations of OneBeacon's Northern District Cross-Claim and Counter-Claim, there is good cause to dismiss the remaining claims in this action in order to proceed with the similar action in the Central District;

IT IS HEREBY STIPULATED AND AGREED TO by and among OneBeacon, Pepsi, Wausau, Travelers, Continental, Northwestern, National Union, Century, and Allstate through their designated counsel, that pursuant to FRCP 41(a)(1):

1. OneBeacon's Northern District Counter-Claim and Northern District Cross-Claim in the instant action be, and hereby is, dismissed without prejudice, with each party to bear its own attorneys' fees and costs and to waive all fees and costs incurred in to this action as to each other.

2. Wausau's remaining Fourth Cause of Action against OneBeacon, Century, Travelers, Continental, National Union, Northwestern and Allstate in the instant action be, and hereby is, dismissed without prejudice, with each party to bear its own attorneys' fees and costs and to waive all fees and costs incurred in to this action as to each other.

3. Century's Counter-Claim against Wausau and Counter-Claim against OneBeacon in the instant action be, and hereby is, dismissed without prejudice, with each party to bear its own attorneys' fees and costs and to waive all fees and costs incurred in to this action as to each other.

| | | |
|---|---|---|
| 1 | DATED: October 4, 2010 | SELMAN BREITMAN LLP |
| 2 | | |
| 3 | | By: /s/ Jan Pocaterra |
| 4 | | JAN L. POCATERRA<br>KATHERINE W. KEHR |

MUSICK PEELER & GARRETT LLP

By: /s/ Steven T. Adams
STEVEN T. ADAMS

Attorneys for Defendant, Counter-Claimant and Cross-Complainant ONEBEACON AMERICA INSURANCE COMPANY, formerly known as Commercial Union Insurance Company, individually and as successor-in-interest to Employers Commercial Union Company, including Employers Liability Assurance Corporation

DATED: October 4, 2010        MORGAN, LEWIS & BOCKIUS LLP

By: /s/ David S. Cox
DAVID S. COX
Attorneys for Defendant PEPSIAMERICAS, INC.

DATED: October ___, 2010        ABBEY, WEITZENBERG, WARREN & EMERY

By:_____
MITCHELL BRUCE GREENBERG
Attorneys for Defendant TRAVELERS INDEMNITY COMPANY

DATED: October ___, 2010        ABBEY, WEITZENBERG, WARREN & EMERY

By:_____
MITCHELL BRUCE GREENBERG
Attorneys for Defendant CONTINENTAL INSURANCE COMPANY

DATED: October ___, 2010    ABBEY, WEITZENBERG, WARREN & EMERY

By: _____
    MITCHELL BRUCE GREENBERG
Attorneys for Defendant NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN

DATED: October ___, 2010    ABBEY, WEITZENBERG, WARREN & EMERY

By: _____
    MITCHELL BRUCE GREENBERG
Attorneys for Defendant NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA

DATED: October ___, 2010    SINNOTT, DITO, MOURA & PUEBLA

By: _____
    JANE KARREN BAKER
Attorneys for Defendant NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA

DATED: October 4, 2010    AIWASIAN & ASSOCIATES

By: _____
    JOHN C. CONWAY
Attorneys for Defendant CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company, as successor to Insurance Company of North America

DATED: October ___, 2010    TROUTMAN SANDERS LLP

By: _____
    LOUISE MARIE MCCABE
Attorneys for Defendant ALLSTATE INSURANCE COMPANY, solely as successor-in-interest to NORTHBROOK EXCESS & SURPLUS INSURANCE COMPANY, formerly mnown as NORTHBROOK INSURANCE COMPANY

DATED: October 4, 2010  SELMAN BREITMAN LLP

By: /s/ Jan L. Pocaterra
  JAN L. POCATERRA
  KATHERINE W. KEHR

MUSICK PEELER & GARRETT LLP

By: /s/ Steven T. Adams
  STEVEN T. ADAMS

Attorneys for Defendant, Counter-Claimant and Cross-Complainant ONEBEACON AMERICA INSURANCE COMPANY, formerly known as Commercial Union Insurance Company, individually and as successor-in-interest to Employers Commercial Union Company, including Employers Liability Assurance Corporation

DATED: October 4, 2010  MORGAN, LEWIS & BOCKIUS LLP

By: /s/ David S. Cox
  DAVID S. COX
Attorneys for Defendant PEPSIAMERICAS, INC.

DATED: October 18, 2010  ABBEY, WEITZENBERG, WARREN & EMERY

By: /s/ Mitchell Bruce Greenberg
  MITCHELL BRUCE GREENBERG
Attorneys for Defendant TRAVELERS INDEMNITY COMPANY

DATED: October 18, 2010  ABBEY, WEITZENBERG, WARREN & EMERY

By: /s/ Mitchell Bruce Greenberg
  MITCHELL BRUCE GREENBERG
Attorneys for Defendant CONTINENTAL INSURANCE COMPANY

4

| | | |
|---|---|---|
| 1 | DATED: October 18, 2010 | ABBEY, WEITZENBERG, WARREN & EMERY |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MITCHELL BRUCE GREENBERG<br>Attorneys for Defendant NORTHWESTERN |
| 5 | | NATIONAL INSURANCE COMPANY OF<br>MILWAUKEE, WISCONSIN |
| 6 | DATED: October 18, 2010 | ABBEY, WEITZENBERG, WARREN & EMERY |
| 7 | | |
| 8 | | By: _____ |
| 9 | | MITCHELL BRUCE GREENBERG<br>Attorneys for Defendant NATIONAL UNION FIRE |
| 10 | | INSURANCE CO. OF PITTSBURGH, PA |
| 11 | DATED: October ___, 2010 | SINNOTT, DITO, MOURA & PUEBLA |
| 12 | | |
| 13 | | |
| 14 | | By: _____<br>JANE KARREN BAKER |
| 15 | | Attorneys for Defendant NATIONAL UNION FIRE<br>INSURANCE CO. OF PITTSBURGH, PA |
| 16 | DATED: October 4, 2010 | AIWASIAN & ASSOCIATES |
| 17 | | |
| 18 | | By: _____ |
| 19 | | JOHN C. CONWAY<br>Attorneys for Defendant CENTURY INDEMNITY |
| 20 | | COMPANY, as successor to CCI Insurance Company,<br>as successor to Insurance Company of North America |
| 21 | | |
| 22 | DATED: October ___, 2010 | TROUTMAN SANDERS LLP |
| 23 | | |
| 24 | | By: _____ |
| 25 | | LOUISE MARIE MCCABE<br>Attorneys for Defendant ALLSTATE INSURANCE |
| 26 | | COMPANY, solely as successor-in-interest to<br>NORTHBROOK EXCESS & SURPLUS |
| 27 | | INSURANCE COMPANY, formerly mnown as<br>NORTHBROOK INSURANCE COMPANY |
| 28 | | |

Selman Breitman LLP
ATTORNEYS AT LAW

479678.1  112.27660

5

```
 1   DATED: October ___, 2010        ABBEY, WEITZENBERG, WARREN & EMERY
 2
 3                                   By:_____
 4                                       MITCHELL BRUCE GREENBERG
                                     Attorneys for Defendant NORTHWESTERN
 5                                   NATIONAL INSURANCE COMPANY OF
                                     MILWAUKEE, WISCONSIN
 6
 7   DATED: October ___, 2010        ABBEY, WEITZENBERG, WARREN & EMERY
 8
 9                                   By:_____
                                         MITCHELL BRUCE GREENBERG
10                                   Attorneys for Defendant NATIONAL UNION FIRE
                                     INSURANCE CO. OF PITTSBURGH, PA
11
12   DATED: October 9, 2010          SINNOTT, DITO, MOURA & PUEBLA
13
14                                   By: /s/ Jane Karren Baker
                                         JANE KARREN BAKER
15                                   Attorneys for Defendant NATIONAL UNION FIRE
                                     INSURANCE CO. OF PITTSBURGH, PA
16
17   DATED: October 4, 2010          AIWASIAN & ASSOCIATES
18
19                                   By: /s/ John C. Conway
                                         JOHN C. CONWAY
20                                   Attorneys for Defendant CENTURY INDEMNITY
                                     COMPANY, as successor to CCI Insurance Company,
21                                   as successor to Insurance Company of North America
22   DATED: October ___, 2010        TROUTMAN SANDERS LLP
23
24                                   By:_____
                                         LOUISE MARIE MCCABE
25                                   Attorneys for Defendant ALLSTATE INSURANCE
                                     COMPANY, solely as successor-in-interest to
26                                   NORTHBROOK EXCESS & SURPLUS
                                     INSURANCE COMPANY, formerly mnown as
27                                   NORTHBROOK INSURANCE COMPANY
28
```

*Selman Breitman LLP — Attorneys at Law*

479678.1 112.27660

5

| | | |
|---|---|---|
| 1 | DATED: October ___, 2010 | ABBEY, WEITZENBERG, WARREN & EMERY |
| 2 | | |
| 3 | | By:_____ |
| 4 | | MITCHELL BRUCE GREENBERG<br>Attorneys for Defendant NORTHWESTERN<br>NATIONAL INSURANCE COMPANY OF |
| 5 | | MILWAUKEE, WISCONSIN |
| 6 | | |
| 7 | DATED: October ___, 2010 | ABBEY, WEITZENBERG, WARREN & EMERY |
| 8 | | |
| 9 | | By:_____<br>MITCHELL BRUCE GREENBERG |
| 10 | | Attorneys for Defendant NATIONAL UNION FIRE<br>INSURANCE CO. OF PITTSBURGH, PA |
| 11 | DATED: October ___, 2010 | SINNOTT, DITO, MOURA & PUEBLA |
| 12 | | |
| 13 | | |
| 14 | | By:_____<br>JANE KARREN BAKER |
| 15 | | Attorneys for Defendant NATIONAL UNION FIRE<br>INSURANCE CO. OF PITTSBURGH, PA |
| 16 | DATED: October 4, 2010 | AIWASIAN & ASSOCIATES |
| 17 | | |
| 18 | | |
| 19 | | By:_____<br>JOHN C. CONWAY |
| 20 | | Attorneys for Defendant CENTURY INDEMNITY<br>COMPANY, as successor to CCI Insurance Company, |
| 21 | | as successor to Insurance Company of North America |
| 22 | DATED: October 22, 2010 | TROUTMAN SANDERS LLP |
| 23 | | |
| 24 | | By: /s/ Louise S. Fomster (?) |
| 25 | | LOUISE MARIE MCCABE<br>Attorneys for Defendant ALLSTATE INSURANCE |
| 26 | | COMPANY, solely as successor-in-interest to<br>NORTHBROOK EXCESS & SURPLUS |
| 27 | | INSURANCE COMPANY, formerly known as<br>NORTHBROOK INSURANCE COMPANY |
| 28 | | |

Selman Breitman LLP
ATTORNEYS AT LAW

479678.1 112.27660

DATED: October 18, 2010           BARBER LAW GROUP

By: _____
BRYAN M. BARBER
Attorneys for Plaintiff EMPLOYERS INSURANCE COMPANY OF WAUSAU

GOOD CAUSE appearing, IT IS SO ORDERED.

Date: October 26, 2010        _____
Honorable Charles R. Breyer
United States D...



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Selman Breitman LLP
ATTORNEYS AT LAW

479678.1 112.27660

6